# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-00097-FDW

| | |
|---|---|
| JAY JUNIOR AIKEN, | ) |
|         Plaintiff, | ) |
| vs. | ) |
| LINDA LEE, | )    **ORDER** |
|         Defendant. | ) |

**THIS MATTER** is before the Court on its own motion.

On March 11, 2019, Plaintiff filed a Motion for an Order Compelling Discovery from All Defendants [Doc. 33]. Defendants have not responded to the motion.

Before the Court rules on Plaintiff's motion, the Court will require Defendants to respond to Plaintiff's motion. Defendants shall respond within ten (10) days of this Order. If Defendant has responded to Plaintiff's discovery request that is the subject of the Plaintiff's motion, the Defendant shall file a status report with the Court regarding this issue.

Further, the discovery deadline for this case was on May 15, 2019. The Court will extend that deadline pending resolution of this outstanding discovery dispute.

The Court, therefore, will hold the June 15, 2019 dispositive motions deadline in abeyance until further order of the Court.

**IT IS, THEREFORE, ORDERED** that:

(1) The Defendant shall respond to Plaintiff's motion to compel discovery or file a status report with the Court within ten (10) days of this Order in accordance with the terms of this Order.

(2) The deadline for discovery and for the filing of dispositive motions as set forth in the Court's Pretrial Order and Case Management [Doc. 30] are hereby held in abeyance until further order of this Court.

**IT IS SO ORDERED.**

Signed: June 4, 2019

Frank D. Whitney
Chief United States District Judge