# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jay Junior Aiken, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00097-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Chip L. Hall | ) | |
| John Bucanon | ) | |
| Linda LNU | ) | |
| Chip L. Hall | ) | |
| Charlie LNU, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 13, 2019 Order.

December 13, 2019

_____
Frank G. Johns, Clerk
United States District Court